UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joseph Petersmark,

        Petitioner,                Case Number: 24-11139
                                                Honorable F. Kay Behm

v.

Fredeane Artis,

        Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order entered on this date this cause of action is DISMISSED.

SO ORDERED.

Date: August 14, 2025                      s/F. Kay Behm
                                                       F. Kay Behm
                                                       United States District Judge